IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEPHEN G. GOETZ, an individual,

    Plaintiff,

  v.

AMERICAN EXPRESS COMPANY, A
New York corporation,

    Defendant.
                                  /

No. C 05-00894 WHA

**ORDER CONTINUING
STATUS CONFERENCE**

    In light of the fact that Judge Kaplan of the Southern District of New York has not yet rendered a decision, the Court **GRANTS** the parties' request to continue the status conference, currently scheduled for **JUNE 9, 2005 AT 11:00 A.M.**, to **JULY 14, 2005 AT 11:00 A.M.**

    **IT IS SO ORDERED.**

Dated: June 7, 2005

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE