IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN GARDNER GOETZ, and individual, | No. C 05-00894 WHA |
| Plaintiff, | |
| v. | **ORDER TRANSFERRING CASE AND VACATING HEARING** |
| AMERICAN EXPRESS COMPANY, a New York corporation, | |
| Defendant. | |

It is the Court's understanding that Judge Lewis A. Kaplan issued an order on June 8, 2005, denying plaintiff Goetz's motion to dismiss the first-filed complaint in New York. For the reasons stated in the order of April 15, 2005, this action is **TRANSFERRED** to the United States District Court for the Southern District of New York, to be consolidated with Judge Kaplan's action (No. 05-cv-1555). The status conference, currently scheduled for **JULY 14, 2005 AT 11:00 A.M.**, is **VACATED**.

**IT IS SO ORDERED.**

Dated: June 24, 2005



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE